Guillory v. Dejean, Administrator.

## No. 793.

### AUGUSTIN GUILLORY *v.* WILLIAM DEJEAN, Administrator.

Where the defense to a promissory note was the prescription of five years, and several credits being indorsed on the note, oral evidence was offered to prove that payments were made by the deceased at the dates indicated by the indorsements, the exception to the evidence was well taken.

The plea should have been maintained.

APPEAL from the Eighth Judicial District Court, parish of St. Landry. *E. T. Lewis,* acting judge. *H. L. Garland,* for plaintiff and appellee. *Bailey & Estelette,* for defendant and appellant.

LUDELING, C. J. This is a suit on a promissory note. The defense is the prescription of five years. The note was due fifteenth of December, 1858, and citation was served on the twenty-sixth March, 1867. There are several credits indorsed on the note, and oral evidence was offered to prove that payments were made by the deceased at the dates indicated by the indorsements. To the reception of this evidence a bill of exceptions was taken. The judge *a quo* erred. See R. C. C. article 2278.

The plea should have been maintained.

It is therefore ordered and adjudged that the judgment of the lower court be annulled, and that there be judgment in favor of the defendant rejecting the plaintiff's demand, with costs of appeal.